UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.  4:13CR0087 CDP/TCM |
| | ) |
| **FRANCIS NDEGWA NYAGA,** | ) |
| | ) |
| **Defendant.** | ) |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

In accordance with the Memorandum filed herein,

**IT IS HEREBY RECOMMENDED** that Defendant's Motion to Suppress Evidence be **DENIED**.  [Doc. 24]

**IT IS FURTHER RECOMMENDED** that Defendant's Motion to Dismiss Indictment be **DENIED**. [Doc. 25]

The parties are advised that they have **fourteen (14)** days in which to file written objections to this Recommendation and the Memorandum incorporated herein pursuant to 28 U.S.C. § 636(b)(1), unless an extension of time for good cause is obtained, and that failure to file timely objections may result in waiver of the right to appeal questions of fact.  As directed by the Honorable Catherine D. Perry, trial in this matter has been set for July 1, 2013, at 8:30 a.m.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 16th day of May, 2013.